IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR MERCADO SIERRA

DEBTOR

CASE NO. 13-03627-ESL

CHAPTER 13

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

**NOW COMES, EDGAR MERCADO SIERRA**, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated April 3, 2014, herewith and attached to this motion.

2. This Plan modification is filed to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report on post confirmation modified Plan, docket #33.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**Page 2**
**Case no. 13-03627-ESL**
**Post confirmation modification of chapter 13 Plan**

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 3rd day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00926
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                               Case No. **3:13-bk-3627**

**MERCADO SIERRA, EDGAR**
Debtor(s)                   Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/03/2014**                          ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **5** = $ **1,250.00**
$ **0.00** x **4** = $ **0.00**
$ **299.00** x **1** = $ **299.00**
$ **315.00** x **50** = $ **15,750.00**
$ _____ x _____ = $ _____

TOTAL: $ **17,299.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **17,299.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ EDGAR MERCADO SIERRA**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. _____ Cr. _____
# **Claim 2-1** # _____ # _____
$ **9,565.40** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Priority claim: $1,338.11 (Department of Treasury, claim 4-3).**
**Debtor(s) to provide auto insurance upon maturity to RELIABLE thru Eastern America Insurance Company.**
**Late filed claims filed by creditors will receive no distribution.**
**Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**         Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          RELIABLE FINANCIAL SERVICES          TREASURY DEPARTMENT
0104-3                                    PO BOX 21382                          C/O DORIS E HERNANDEZ DIAZ,ESQ.
Case 13-03627-ESL13                       SAN JUAN, PR 00928-1382               DEPARTMENT OF JUSTICE
District of Puerto Rico                                                         PO BOX 9020192
Old San Juan                                                                    SAN JUAN, PR 00902-0192
Thu Apr  3 14:07:30 AST 2014

US Bankruptcy Court District of P.R.      AT&T                                  Department of Treasury-
Jose V Toledo Fed Bldg & US Courthouse    5407 ANDREWS HWY                      Bankruptcy Section (Suite 1504)
300 Recinto Sur Street, Room 109          MIDLAND, TX  79706-2851               235 Ave. Arterial Hostos
San Juan, PR 00901-1964                                                         San Juan Puerto Rico 00918-1451


EASTERN AMERICA INSURANCE COMPANY         LIBERTY CABLEVISION-PR                MIDLAND FUNDING LLC
PO BOX 9023862                            PO BOX 8759                           CITIBANK
SAN JUAN, PR  00902-3862                  CAGUAS, PR  00726-8759                PO BOX 268941
                                                                                OKLAHOMA, OK  73126-8941


PR ACQUISITIONS                           Palisades Collection, LLC             ALEJANDRO OLIVERAS RIVERA
PO BOX 194499                             Vativ Recovery Solutions LLC, dba SMC ALEJANDRO OLIVERAS CHAPTER 13 TRUS
SAN JUAN, PR  00919-4499                  As Agent For Palisades Collection, LLC PO BOX 9024062
                                          PO Box 40728                          SAN JUAN, PR 00902-4062
                                          Houston TX 77240-0728


EDGAR MERCADO SIERRA                      MONSITA LECAROZ ARRIBAS               ROBERTO FIGUEROA CARRASQUILLO
BONNEVILLE TERRACE                        OFFICE OF THE US TRUSTEE (UST)        PO BOX 186
F 20 2 STREET                             OCHOA BUILDING                        CAGUAS, PR 00726-0186
CAGUAS, PR 00725-5806                     500 TANCA STREET  SUITE 301
                                          SAN JUAN, PR 00901
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)RELIABLE FINANCIAL SERVICES, INC.     End of Label Matrix
PO BOX 21382                             Mailable recipients   14
SAN JUAN PR 00928-1382                   Bypassed recipients    1
                                         Total                 15
```