IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR MERCADO SIERRA

XXX-XX-4850

Debtor(s)

CASE NO. 13-03627 ESL

Chapter 13

FILED & ENTERED ON 05/09/2014

ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION

This case is before the Court on debtor's motion under 11 USC §1329 to modify the confirmed plan and to confirm the amended plan dated 04/03/2014 (docket #38). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's motion. The hearing scheduled for 07/02/2014 is VACATED and SET ASIDE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of May, 2014.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA