IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR MERCADO SIERRA

DEBTOR

CASE NO. 13-03627-ESL

CHAPTER 13

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

**NOW COMES, EDGAR MERCADO SIERRA**, through the undersigned attorney,

and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13

Plan, 11 USC Section 1329, dated October 14, 2015, herewith and attached to this

motion.

2. This Plan modification is filed to cure Chapter 13 Plan arrears owed to the

Trustee.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

Within twenty-one (21) days after service as evidenced by the certification,
and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were
served by mail, any party against whom this paper has been served, or any other
party to the action who objects to the relief sought herein, shall serve and file an
objection or other appropriate response to this paper with the Clerk's office of the
U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other
response is filed within the time allowed herein, the paper will be deemed
unopposed and may be granted unless: (i) the requested relief is forbidden by
law; (ii) the requested relief is against public policy; or (iii) in the opinion of the
Court, the interest of justice requires otherwise.

Page 2
Post confirmation modification of chapter 13 Plan
Case no. 13-03627-ESL13

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk

of the Court using the CM/ECF system which will send notice of same to the Chapter 13

Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent

via regular mail to the debtor and to all creditors and interested parties appearing in the

master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 14th day of

October, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **3:13-bk-3627**

**MERCADO SIERRA, EDGAR**                                    Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| | |
|---|---|
| PLAN DATED: **10/14/2015**<br>☐ PRE ☑ POST-CONFIRMATION | ☐ AMENDED PLAN DATED:<br>Filed by: ☐ Debtor ☐ Trustee ☐ Other |

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ | 250.00 x | 5 = $ | 1,250.00 |
| $ | 0.00 x | 4 = $ | 0.00 |
| $ | 299.00 x | 1 = $ | 299.00 |
| $ | 315.00 x | 14 = $ | 4,410.00 |
| $ | 0.00 x | 5 = $ | 0.00 |
| $ | 378.00 x | 31 $ | 11,718.00 |
| | TOTAL: $ | | 17,677.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

| PROPOSED BASE: $ | 17,677.00 |
|---|---|

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ EDGAR MERCADO SIERRA**
         Debtor


         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. ☑ Trustee pays IN FULL Secured Claims:

| Cr. **RELIABLE FINANCIA** | Cr. | Cr. |
|---|---|---|
| # **Claim 2-1** | # | # |
| $ **9,565.40** | $ | $ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other:
                 ☐ Paid 100% / ☐ Other:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).**
**Priority claim: $1,338.11 (Department of Treasury, claim 4-3).**
**Debtor(s) to provide auto insurance upon maturity to RELIABLE thru  Eastern America Insurance Company.**
**Late filed claims filed by creditors will receive no distribution.**
**Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**                    Phone: **(787) 744-7699**

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Label Matrix for local noticing
0104-3
Case 13-03627-ESL13
District of Puerto Rico
Old San Juan
Wed Oct 14 21:21:49 AST 2015

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

TREASURY DEPARTMENT
C/O DORIS E HERNANDEZ DIAZ,ESQ.
DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AT&T
5407 ANDREWS HWY
MIDLAND, TX  79706-2851

Department of Treasury-
Bankruptcy Section (Suite 1504)
235 Ave. Arterial Hostos
San Juan Puerto Rico 00918-1451

EASTERN AMERICA INSURANCE COMPANY
PO BOX 9023862
SAN JUAN, PR  00902-3862

LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR  00726-8759

MIDLAND FUNDING LLC
CITIBANK
PO BOX 268941
OKLAHOMA, OK  73126-8941

PR ACQUISITIONS
PO BOX 194499
SAN JUAN, PR  00919-4499

Palisades Collection, LLC
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Collection, LLC
PO Box 40728
Houston TX 77240-0728

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

EDGAR MERCADO SIERRA
BONNEVILLE TERRACE
F 20 2 STREET
CAGUAS, PR 00725-5806

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928-1382

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14